IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Wayne A. Carson | : | |
| | : | |
| | : | |
| | : | Case No. 19-17249JKF |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated:  October 22, 2019                                              /s/ Brad J. Sadek, Esquire
                                                                                            Brad J. Sadek, Esquire
                                                                                            Sadek and Cooper
                                                                                            1315 Walnut Street, Suite 502
                                                                                            Philadelphia, PA 19107
                                                                                            215-545-0008